# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 1:06-CR-0069 |
| | : |
| v. | : (Judge Rambo) |
| | : |
| **SYLVESTER MCADOO** | : (Electronically Filed) |

## ORDER

AND NOW, this <u>6th</u> day of <u>December</u>, 2016, upon consideration of Mr. McAdoo's Motion to Correct Sentence Under 28 U.S.C. § 2255, (Doc. 61), **IT IS HEREBY ORDERED** that:

1. Defendant's Motion is **GRANTED**.

2. Defendant's sentence of March 5, 2008, is **VACATED**.

3. Defendant is resentenced to <u>120</u> months imprisonment and <u>2</u> year(s) of supervised release.

4. Except as provided herein, all other provisions of the amended judgment of March 5, 2008, (Doc. 48), shall remain in effect.

5. The Clerk of Court is directed to close case number 1:16-CV-01371.

                        BY THE COURT

                        _s/Sylvia Rambo_____
                        **Sylvia H. Rambo**
                        **United States District Judge**