IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:06-cr-069** |
| **v.** | : | |
| **SYLVESTER MCADOO** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 15th day of February, 2018, **IT IS HEREBY ORDERED** that the motion for early termination of supervised release is **DENIED**.

                                                                s/Sylvia H. Rambo
                                                                SYLVIA H. RAMBO
                                                                United States District Judge